**U.S. Department of Justice**

United States Attorney's Office
District of New Jersey
*Civil Division*

ROBERT FRAZER
UNITED STATES ATTORNEY

*Alicia Gonzalez*
*Special Assistant United States Attorney*

*970 Broad Street, Suite 700*
*Newark, NJ 07102*
Alicia.Gonzalez@usdoj.gov

*main: (973) 645-2700*
*direct:(973) 645-2862*
*fax: (973) 297-2010*

August 25, 2026

**Via Electronic Filing**
Honorable Robert Kirsch, U.S.D.J.
United States District Court
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, NJ 08608

**Re:** ***Castro Bernal v. Mullin*, No. 26-10773 (RK)**
**Petitioner's Release**

Dear Judge Kirsch:

This Office represents Respondents in this habeas action. We respectfully write to report that U.S. Immigration and Customs Enforcement ("ICE") informed this Office of Petitioner's release from custody at approximately 6:15 p.m. on August 22, 2026.

We respectfully request that the Court close this case and lift all temporary restraints. We thank the Court for its attention to this matter.

Respectfully submitted,

ROBERT FRAZER
United States Attorney

By: */s/ Alicia Gonzalez*
ALICIA GONZALEZ
Special Assistant U.S. Attorney
*Attorneys for Respondents*

cc: All counsel of record (via ECF)

**SO ORDERED**

**Robert Kirsch, U.S.D.J.**
**Date:** 8/26/26